# First District Court of Appeal
## State of Florida

_____

No. 1D19-2053

_____

RICK SWEARINGEN, individually
and in his official capacity, and
FLORIDA DEPARTMENT OF LAW
ENFORCEMENT,

Petitioners,

v.

CHRISTOPHER PRETZER, an
individual; MARK L. WOOD, an
individual; RICHARD A. BARSKY,
an individual; RICHARD
CHAMNES, an individual,
EDWARD HENRY, an individual,
FLORIDA CARRY, INC., a Florida
not-for-profit corporation; and
U.S. LAW SHIELD LEGAL
EXPENSE INSURANCE CORP., a
Florida for-profit corporation,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

June 24, 2019

PER CURIAM.

Petitioners having failed to demonstrate entitlement to either certiorari relief or prohibition relief, the petition for writ of certiorari and for writ of prohibition is dismissed.

WOLF, J., concurs; WETHERELL, J., concurs in result with opinion; MAKAR, J., dissents with opinion.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

WETHERELL, J., concurring in result.

I concur in the dismissal of this case because the order challenged in the petition is properly reviewed by appeal under rule 9.130(a)(3)(B) and this case is duplicative of the earlier-filed and still-pending appeal filed by these same petitioners challenging the same order.

MAKAR, J., dissenting.

Because the Department's emergency petition establishes a basis for relief, I would require that a response be filed in opposition.

———————————————

Robert J. Sniffen and Jeffrey D. Slanker of Sniffen & Spellman, P.A., Tallahassee, for Petitioners.

No appearance for Respondents.